IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELO FILI,<br><br>  Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING CO., INC.,<br><br>  Defendant. | 8:19CV563<br><br>ORDER ON STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' February 9, 2023, Stipulation for Dismissal with Prejudice. Filing 16. The parties state that this lawsuit has been fully adjudicated in arbitration proceedings. Consequently, they stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and attorneys' fees and with complete record waived. The Stipulation is signed by both parties. Accordingly,

IT IS ORDERED that the parties' February 9, 2023, Stipulation for Dismissal with Prejudice, Filing 16, is granted, and this action is dismissed with prejudice, with each party to pay its own costs and attorneys' fees and with complete record waived.

Dated this 10th day of February, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1